265 So.2d 579

In re James L. VAN RYZIN, Ind., etc.

v.

James A. SIMPSON et al.

Ex parte James A. Simpson et al.

3 Div. 500.

Supreme Court of Alabama.

Aug. 10, 1972.

William J. Baxley, Atty. Gen., William N. McQueen, Asst. Atty. Gen., for Director and Members of the State Personnel Board of the State of Alabama and said Board; Steagall & Adams, Ozark, and Rushton, Stakely, Johnston & Garrett and William B. Moore, Jr., Montgomery, for the Administrator and members of the Alcoholic Beverage Control Board

**754**

of Alabama and said Board; James A. Simpson, pro se.

William R. Gordon, Montgomery, for respondent.

COLEMAN, Justice.

The instant cause is rendered moot by the decision this day in Simpson et al. v. Van Ryzin, 289 Ala. 22, 265 So.2d 569, and the peremptory writ is denied and the rule discharged.

Writ denied.

Rule discharged.

HEFLIN, C. J., and MERRILL, HARWOOD, BLOODWORTH, MADDOX, and McCALL, JJ., concur.